| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:08CR00121-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Damon Emanuel Elliott | DISTRICT Eastern District of Texas | DIVISION Beaumont Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Michael J. Truncale U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 5, 2023 | TO September 4, 2026 |

OFFENSE

Count 1: 18 USC § 111(a)(1) - Assaulting, Resisting, or Impeding an Employee of the United States
Count 2: 18 USC § 111(a)(1) - Assaulting, Resisting, or Impeding an Employee of the United States
Count 3: 18 USC § 1791(a)(2) – Possession of Contraband in Prison

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Maryland upon that Court's order of acceptance of jurisdiction.

October 16, 2023
_____
*Date*

*[signature: Michael J. Truncale]*
_____
*U.S. District Judge Michael J. Truncale*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/22/23
_____
*Effective Date*

*[signature: Paula Xinis]*
_____
*United States District Judge*

FILED: **1/22/24**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK